# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| PATRICIA DEMUS, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | No. 1:14-cv-03643 |
| ) | |
| ) | Honorable Judge Jorge L. Alonso |
| PORTFOLIO RECOVERY ASSOCIATES, ) | |
| LLC, ) | |
| Defendant, ) | |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the parties through their respective counsel that the above-captioned action is dismissed, with prejudice against the defendant pursuant to Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: April 1, 2015                              Respectfully Submitted,

/s/ Avanti D. Bakane                              /s/ Mohammed O. Badwan
Avanti D. Bakane. ARDC#6299022                    Mohammed O. Badwan, Esq. ARDC#6299011
Counsel for Defendant                             Counsel for Plaintiff
Hinshaw & Culbertson, LLP                         Sulaiman Law Group, LTD
222 N. LaSalle Street,                            900 Jorie Boulevard
Suite 300                                         Suite 150
Chicago, Illinois 60601                           Oak Brook, Illinois 60523
Phone: (312) 704-3000                             Phone: (630) 575-8181
Fax: (312) 704-3001                               Fax: (630) 575-8188